Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: March 4th, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: | CASE NO. 3:14-bk-30271 |
| GREGORY DALE HATFIELD, | CHAPTER 7 |
| Debtor. | JUDGE FRANK W. VOLK |

### ORDER

**IT IS ORDERED** that the word "not" in the final textual sentence on page four of the February 11, 2019, Memorandum Opinion and Order [dckt. 141] be, and hereby is, deleted.